UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAYSEER ABUSHARIFA,

            Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

            Defendants.

Case No.  26-cv-01113-JD

**ORDER RE SUBSTITUTION AND DISMISSAL**

In this medical malpractice case brought by plaintiff Tayseer Abusharifa, defendant United States of America asks to substitute itself for defendant "Nurse Alejandra," and to dismiss the claims against it because Abusharifa did not exhaust his administrative remedies under the Federal Tort Claims Act.  Dkt. Nos. 7, 23.  For his part, Abusharifa does not dispute that the United States should substitute for Nurse Alejandra, that his claims against the United States are subject to the Federal Tort Claims Act, and that he did not exhaust his administrative remedies.  Dkt. No. 18 at 2; Dkt. No. 29-1 at 1.

Substitution of the United States of America for Nurse Alejandra is granted.  The claims against the United States are dismissed without prejudice to refiling as warranted after exhaustion. *See McNeil v. United States*, 508 U.S. 106, 113 (1993).  Because the Court has "dismissed all claims over which it has original jurisdiction," it declines to exercise supplemental jurisdiction over Abusharifa's state law claim against the remaining defendant, Dr. Douglas Spurr.  28 U.S.C. § 1367(c)(3).  The case is dismissed.

**IT IS SO ORDERED.**

Dated: May 26, 2026

_____
JAMES DONATO
United States District Judge